UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:17-cr-331-T-27MAP

BENITO BERRONES
_____/

**ORDER**

THIS MATTER is before the Court on Defendant's Motion for Reconsideration of Release ("Motion"). (Dkt. 19). The Government opposes the Motion. (Dkt. 27.) A hearing was held on this matter on July 12, 2017. For the reasons stated on the record at the hearing, and as stated below, Defendant's Motion is denied.

Defendant was detained on June 19, 2017, following an initial appearance and detention hearing held in connection with charges in a Criminal Complaint of conspiracy to possess with intent to distribute 500 grams or more of cocaine, possession with intent to distribute a controlled substance, and possession of firearms in furtherance of drug trafficking in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(C), 846, and 18 U.S.C. § 924(c). (Dkts. 1, 15.) Thus, there is probable cause to believe that Defendant has committed an offense for which the maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. §§ 841(a)(1) and 846. As such, a statutory rebuttable presumption exists that Defendant be detained as a danger to the community and risk of flight pending the outcome of this case. *See* 18 U.S.C. § 3142(e)(3). On July 6, 2017, an Indictment was filed. (Dkt. 25.)

In the Motion and at the hearing, Defendant requested reconsideration of the Court's Order of Detention and presented individuals willing to help ensure Defendant's appearance at future court proceedings. Indeed, it is undisputed that Defendant has strong ties to the Middle District of

Florida.  It is also undisputed, however, that the weight of the evidence against Defendant in this case is strong, and Defendant has significant ties to Mexico.  As the Government argued at the hearing, the circumstances surrounding Defendant's arrest involve an "arsenal" of firearms and drugs.  Further, the term of imprisonment Defendant faces should he be convicted—coupled with his familial ties to a foreign country—presents both a strong incentive for Defendant to flee and a danger to the community.  Accordingly, it is **ORDERED** that Defendant's Motion for Reconsideration of Release (Dkt. 19) is **DENIED**.  Defendant is **ORDERED** detained.

    **DONE** and **ORDERED** in Tampa, Florida, on July 12, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record